UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:18-cv-62138-WPD

DANIEL MITTELMARK
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

THE YOGA JOINT SOUTH, LLC, and
YOGA JOINT- DEERFIELD, LLC,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff, Daniel Mittelmark, by and through his undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a Notice of Dismissal within thirty (30) days.

Dated: March 12, 2019

      Respectfully submitted,

      **EISENBAND LAW, P.A.**

      /s/Michael Eisenband
      Florida Bar No: 94235
      515 E Las Olas Boulevard
      Suite 120
      Fort Lauderdale, FL 33301
      Telephone: (954) 533-4092
      meisenband@eisenbandlaw.com

CASE No.: 0:18-cv-62138-WPD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF. Additionally, Plaintiff is providing a copy of the foregoing to Defendant Aventura Dance Cruise LLC through email correspondence c/o Moshe Rasier at [MosheRasier@gmail.com](mailto:MosheRasier@gmail.com).