# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE No.: 0:18-cv-62138-WPD

DANIEL MITTELMARK
individually and on behalf of all
others similarly situated,                                           **CLASS ACTION**

      Plaintiff,                                            **JURY TRIAL DEMANDED**

v.

THE YOGA JOINT SOUTH, LLC, and
YOGA JOINT- DEERFIELD, LLC,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Daniel Mittelmark and Defendants, The Yoga Joint South, LLC; Yoga Joint – Deerfield, LLC; and Yoga Joint Holdings, LLC (collectively referred to as Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and subject to the terms of the Parties' Confidential Settlement Agreement, that this action, inclusive of all claims asserted by Plaintiff individually against Defendants, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Date: March 18, 2019

Respectfully submitted,

_/s/ Michael Eisenband_
Michael Eisenband
Florida Bar No. 94235
Eisenband Law P.A.
515 E. Las Olas Blvd. , Suite 120
Ft. Lauderdale, Florida 33301
Tel: 954-533-4092
E-mail:
Meisenband@Eisenbandlaw.com
_Attorney for Plaintiff_

_/s/ Beshoy Rizk_
Beshoy Rizk
Florida Bar No. 093808
Zarco Einhorn Salkowski & Brito, P.A.
2 South Biscayne Boulevard, 34th Floor
Miami, Florida, 33131
Tel:305-374-5418
_Email:_Brizk@zarcolaw.com
_Attorney for Defendant_

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 18, 2019, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served

this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.


*/s/ Michael Eisenband, Esq.*
Eisenband Law P.A.
515 E. Las Olas Blvd. , Suite 120
Ft. Lauderdale, Florida 33301
Tel: 954-533-4092
E-mail: Meisenband@Eisenbandlaw.com
*Attorney for Plaintiff*