UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62138-CIV-DIMITROULEAS

DANIEL MITTELMARK
individually and on behalf of all
others similarly situated,

      Plaintiff,

vs.

THE YOGA JOINT SOUTH, LLC, and
YOGA JOINT-DEERFIELD, LLC,

      Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice

[DE 32] (the "Stipulation"), filed herein on March 18, 2019. The Court has carefully considered

the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 32] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

    moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this

18th day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record